(117 So. 926)

Edward O'DONNELL v. STATE. (3 Div. 600.) Court of Appeals of Alabama. June 5, 1928. Walter B. Jones, Judge. Thos. E. Martin, of Montgomery, for appellant. Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted on a charge of unlawfully possessing a still. There is sufficient evidence to support the verdict, and there is no prejudicial error in any rulings of the trial court on the evidence. The judgment is affirmed.

(118 So. 926)

Charley ODOM et al. v. STATE. (1 Div. 829.) Court of Appeals of Alabama. Nov. 20, 1928. T. J. Bedsole, Judge.

SAMFORD, J. Affirmed.

(115 So. 925)

J. H. OGDEN v. STATE. (7 Div. 399.) Court of Appeals of Alabama. Jan. 31, 1928. Rehearing Granted March 6, 1928. E. S. Lyman, Judge. Windham & Countryman, of Birmingham, for appellant. Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted on a charge of unlawfully possessing a still, and appeals. On consideration of this record by the court en banc, we are of the opinion that the motion for new trial should have been granted. It is therefore ordered that the affirmance be set aside, judgment reversed, and the cause remanded. Reversed and remanded.

(112 So. 924)

W. W. OGDEN v. R. E. TURNER. (6 Div. 131.) Court of Appeals of Alabama. May 12, 1927. Ernest Lacy, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(118 So. 926)

Albert OGLETREE v. STATE. (4 Div. 449.) Court of Appeals of Alabama. Nov. 27, 1928.

J. S. Williams, Judge.

BRICKEN, P. J. Affirmed.

(112 So. 924)

Elmer OLIVE v. STATE. (6 Div. 154.) Court of Appeals of Alabama. May 10, 1927.

Ernest Lacy, Judge.

RICE, J. Appeal dismissed.

(113 So. 918)

O. G. PADEN v. CITY OF ANNISTON. (7 Div. 333.) Court of Appeals of Alabama. June 9, 1927. R. B. Carr, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(118 So. 926)

Charlie PARKER v. CITY OF PHENIX CITY. (4 Div. 463.) Court of Appeals of Alabama. Nov. 15, 1928. J. S. Williams, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(112 So. 924)

John W. PARKER v. STATE. (1 Div. 719.) Court of Appeals of Alabama. April 12, 1927.

Safford Berney, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(114 So. 924)

Lawrence PARKER v. STATE. (1 Div. 731.) Court of Appeals of Alabama. Nov. 22, 1927. Safford Berney, Judge.

RICE, J. Affirmed.

(113 So. 918)

Gaither PARSONS v. STATE. (6 Div. 139.) Court of Appeals of Alabama. June 7, 1927. J. C. B. Gwin, Judge.

BRICKEN, P. J. At the September term, 1926, of the Jefferson county circuit court, Bessemer division, the grand jury returned into open court an indictment against Gaither Parsons, appellant here, charging him with the offense of murder in the first degree; the specific charge being that he unlawfully and with malice aforethought killed Leland Humphreys by shooting him with a pistol, etc. Upon arraignment the accused interposed a plea of not guilty, and the trial resulted in his conviction of manslaughter in the first degree; the jury fixed the punishment at five years' imprisonment in the penitentiary. Judgment of conviction was duly pronounced and entered, from which this appeal was taken. There is no bill of exceptions in the transcript; the appeal, therefore, rests upon the record proper. The record has been examined and is without error. The judgment of conviction in the circuit court will stand affirmed. Affirmed.

(117 So. 926)

Lewis PARTAIN v. STATE. (8 Div. 697.) Court of Appeals of Alabama. June 19, 1928.

James E. Horton, Judge. Burglary.

RICE, J. Affirmed.